AMGEN, INC., Plaintiff–Appellee,

v.

F. HOFFMAN–LAROCHE LTD., Roche Diagnostics GmbH, and Hoffman La-Roche, Inc., Defendants–Appellees,

v.

Ortho Biotech Products, L.P., Movant–Appellant.

No. 2007–1096.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).